JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUISE GENTRY, | ) | CASE NO. CV 14-09468 MMM (CWx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT FOR DEFENDANTS |
| THE BANK OF NEW YORK MELLON (f/k/a THE BANK OF NEW YORK) as trustee for CWALT, INC.,ALTERNATIVE LOAN TRUST 2005-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-18CB, CWALT, INC., ALTERNATIVE LOAN TRUST 2005-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-18CB; THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-18CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-18CB; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; ROES 1-10; and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On March 23, 2015, plaintiff Louise Gentry filed a first amended complaint, omitting her federal claims for violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1641, *et seq*., and Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* On June 11, 2015, the court entered an order dismissing plaintiff's state law claims for lack of subject matter jurisdiction, observing that it no longer had federal question jurisdiction; that the parties' citizenship was not diverse; and that the court could not exercise supplemental jurisdiction in light of plaintiff's

abandonment of her federal claims .  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff's TILA and FDCPA claims be dismissed with prejudice;

2. That plaintiff's state law claims be dismissed without prejudice; and

3. That the action be, and it is hereby, dismissed.

DATED: June 11, 2015

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE